**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA YESI OLIVARES IBARRA, | No. ED CV 26-2049-DKW(E) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, |
| ACTING WARDEN, ETC., ET AL., | CONCLUSIONS AND RECOMMENDATIONS |
| Respondents. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, Respondents have filed a Notice of no objection to the Report and Recommendation. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered granting the Petition in part, and: (a) ordering Respondents to release Petitioner from detention immediately, subject to the conditions of her previous supervision; and (b) enjoining Respondents from re-detaining Petitioner absent compliance with constitutional protections, including an explanation of the reasons for

///

re-detention and an opportunity to be heard before an Immigration Judge in opposition thereto.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, counsel for Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 7, 2026.



Derrick K. Watson
Chief United States District Judge

DERRICK K. WATSON

CHIEF UNITED STATES DISTRICT JUDGE

2