**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXANDRA YESI OLIVARES IBARRA,

    Petitioner,

    v.

ACTING WARDEN, ETC., ET AL.,

    Respondents.

No. ED CV 26-2049-WDK(E)

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and: (a) Respondents are ordered to release Petitioner from detention immediately, subject to the conditions of her previous supervision; and (b) Respondents are enjoined from re-detaining Petitioner absent compliance with constitutional protections, including an explanation of the reasons for re-detention and an opportunity to be heard before an Immigration Judge in opposition thereto.

    DATED: May 7, 2026.

Derrick K. Watson
Chief United States District Judge

_____

DERRICK K. WATSON

CHIEF UNITED STATES DISTRICT JUDGE